320

## SOVEREIGN CAMP W. O. W. v. C. E. WAGGONER.
No. 31687.

Supreme Court of Mississippi.
May 13, 1935.

Eastland, Eastland & Ormond, of Forest, for appellant.

O. B. Triplett, Jr., of Forest, for appellee.

PER CURIAM.
Affirmed.

## Mrs. Leah Moore GONDOLF v. WILBANK & PIERCE, Inc.
No. 31705.

Supreme Court of Mississippi, Division B.
May 6, 1935.

Robt. Genin and E. I. Jones, both of Bay St. Louis, for appellant.

J. L. Taylor, of Gulfport, for appellee.

ANDERSON, Justice.

The ground upon which appellant sought recovery was that appellee dug the hole in which the young man was drowned. Appellee denied that it dug the hole. The evidence on that issue was squarely in conflict. We do not think the verdict of the jury was against the overwhelming weight of the evidence. There was no harmful error committed in the trial.

Affirmed.

## John H. HUNLEY v. STATE.
No. 31642.

Supreme Court of Mississippi, Division B.
May 6, 1935.

Dabney & Dabney, of Vicksburg, for appellant.

W. D. Conn, Jr., Asst. Atty. Gen., for the State.

ANDERSON, Justice.

Much stress is laid on the conflict in the evidence for the state in certain respects, especially with reference to where the khaki hat or cap was found. Notwithstanding such conflicts, it was clearly a case for the jury—not for the court. There was no error in refusing to direct a verdict for appellant, nor can it be said that the verdict was against the overwhelming weight of the evidence. There was no harmful error in the trial.

Affirmed.

## Harrison JOHNSON v. STATE.
No. 31746.

Supreme Court of Mississippi, Division B.
May 6, 1935.

E. J. Pollard, of Hernando, for appellant.

Wm. H. Maynard, Asst. Atty. Gen., for the State.

GRIFFITH, Justice.

There were only two witnesses to the homicide, the defendant and one other. The latter by his testimony made out a clear case of murder. The defendant testified to a state of facts which tended to establish self-defense. The solution of the issue was therefore for the jury. No errors of law are disclosed.

Affirmed.

## Graham S. BLACK et al. v. The MERCHANTS' COMPANY.
No. 31713.

Supreme Court of Mississippi.
May 13, 1935.

Stevens & Currie, of Hattiesburg, for appellants.

Heidelberg & Roberts, of Hattiesburg, for appellee.

PER CURIAM.
Affirmed.